UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LOLAKSHI KALE and GURUSADAY DEY ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **JUDGMENT** 5:22-CV-338-FL |
| UR M. JADDOU, Director, U.S. ) Citizenship and Immigration Services and ) ANTONY BLINKEN, Secretary, U.S. ) Department of State ) Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 2, 2023, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on August 2, 2023, and Copies To:**
Bradley B. Banias / Carlos A. Lopez (via CM/ECF Notice of Electronic Filing)
Benjamin J. Higgins  (via CM/ECF Notice of Electronic Filing)

August 2, 2023                    PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk